U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 23 2015
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Newnan
(USAO: 2015R00619)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Coweta

**DISTRICT COURT NO.** 3:15-CR-0012

**MAGISTRATE CASE NO.**

| | | |
|---|---|---|
| X Indictment<br>DATE: June 23, 2015 | Information<br>DATE: | Magistrate's Complaint<br>DATE: |

UNITED STATES OF AMERICA
vs.
CHARLES CARROLL

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony Misdemeanor

**Defendant Information:**

**Is the defendant in custody?** Yes X No
**Will the defendant be arrested pending outcome of this proceeding?** X Yes No
**Is the defendant a fugitive?** Yes X No
**Has the defendant been released on bond?** Yes X No

**Will the defendant require an interpreter?** Yes X No

District Judge:

Attorney: Paul R. Jones
Defense Attorney: