FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 23 2015

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Charles Carroll

Indictment/Information

3:15-CR-0012

**Agent to Arrest**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

[signature]
Paul R. Jones
Assistant United States Attorney

Filed In Clerk's Office, this ______ day of __________, 20 ___.

______________________
Clerk

By ______________________
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
6/24/15
BY: B Ohaver
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94