**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
**PLEA AND**
**SENTENCE**

Time in Court: ____ Hrs 16 Mins

Filed in Open Court: Date: 7/30/201 Time: 1:14 p.m. Tape: FTR

Magistrate (presiding): **GERRILYN G. BRILL** Deputy Clerk: **Denise Moeggenberg**

Case No. 3:15-cr-12 Defendant's Name: Charles Carroll

AUSA: Paul Jones Defendant's Atty: Michael Trost

USPO/PTR: Michael Murphy Type Counsel: Retained

____ ARREST DATE: ____

____ INTERPRETER: ____

X INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT Dft in custody? ( X ) Yes ( ) No

____ Defendant advised of right to counsel. ( ) WAIVER OF COUNSEL filed.

____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY.

____ ORDER appointing ____ as counsel.

____ ORDER giving defendant ____ days to employ counsel.

____ Dft to pay attorney fees as follows: ____

____ INFORMATION/COMPLAINT filed. ____ WAIVER OF INDICTMENT filed.

X Copy indictment given to dft? (X ) Yes ( ) No Read to dft? ( ) Yes ( ) No (X ) Prior to Hrg

____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.

X ARRAIGNMENT HELD. ( ) Superseding indictment ( ) Dft's WAIVER of appearance filed.

____ Arraignment continued to ____ at ____ Request of ( ) Govt ( ) Dft

____ Dft failed to appear for arraignment. Bench warrant issued ____

X Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.

____ NEGOTIATED PLEA between Government and defendant filed.

X Assigned To Judge Batten for ( X ) trial ( ) arraignment/sentence.

X Assigned to Magistrate Vineyard for pretrial proceedings.

X Estimated trial time: ____ days. (X ) SHORT ( ) MEDIUM ( ) LONG

____ CONSENT TO PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until ____ at ____ for sentencing.

____ Government MOTION FOR DETENTION filed. Hearing set ____ at ____

____ Temporary commitment issued. Dft remanded to custody of US Marshals Service.

**BOND/PRETRIAL DETENTION HEARING**

_____ BOND / PRETRIAL DETENTION hearing held. ( ) ORAL

_____ BOND HEARING HELD.

_____ Government MOTION FOR DETENTION ( ) GRANTED ( ) DENIED ( ) WITHDRAWN

_____ WRITTEN ORDER TO FOLLOW.

_____ HEARING HELD on motion for reduction / modification of bond.

_____ Motion for reduction of Bond / Modification of Bond ( ) GRANTED ( ) DENIED.

_____ WRITTEN ORDER TO FOLLOW.

_____ BOND SET at $ _______________

_____ Non-surety

_____ Surety ( ) Cash ( ) Property ( ) Corporate surety ONLY

X SPECIAL CONDITIONS: Location monitoring - defendant to pay all or part of costs; no internet access; surrender passport w/in 48 hours; transfer firearms to parents; adhere to Adam Walsh Act conditions

X Defendant released on conditions only.

_____ Bond NOT EXECUTED. Defendant to remain in Marshal's custody.

**WITNESSES:** _______________

**SENTENCE:** _______________

FILED IN OPEN COURT
U.S.D.C. Atlanta
JUL 3 0 2015
JAMES N. HATTEN, Clerk
By: Deputy Clerk

U.S. Department of Justice
United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

# P L E A (With Counsel)

CRIMINAL NO. 3:15-CR-012

I, Charles Carroll, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to counts 1 and 2 thereof.

In Open Court this 30th day of July, 2015.

SIGNATURE (Defense Attorney)

SIGNATURE (Defendant)
Charles Carroll

INFORMATION BELOW MUST BE TYPED OR PRINTED

Michael Trost
1800 Peachtree St NW Ste 300
Atl Ga 30309
Phone: 404 352-9300
Bar Number: 716685

Charles Kenneth Carroll
11 Laurel Drive
Newnan, GA 30265
Phone: 678-822-4732

Filed in Open Court by:

(Signature)

Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12